IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR26 |
| Plaintiff, | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| LARON GRAY, | ) | |
| Defendant. | ) | |

The Court has received the Revised Presentence Investigation Report ("PSR") and the Defendant's objections (Filing No. 67). The government has not objected to the PSR. See *Amended Order on Sentencing Schedule* (Filing No. 61) ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Defendant's Objection in paragraph 2 of Filing No. 67 is denied as moot;

2. The Defendant's Objections in paragraphs 3-7 of Filing No. 67 are denied, because the Court is not at liberty to change the prosecutor's version of the offense conduct;

3. The Defendant's remaining objections in Filing No. 67 will be heard at the sentencing hearing;

4. The Court intends to adopt the PSR in all other respects;

5. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are

required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

6. Absent submission of the information required by paragraph 3 of this Order, these tentative findings are final; and

7. Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 24th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge