IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR26 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | AMENDED TENTATIVE FINDINGS |
| LARON GRAY, | ) ) | |
| Defendant. | ) | |

The Court has received the Second Revised Presentence Investigation Report and Addendum ("PSR"). On November 20, 2014, the government filed objections (Filing No. 74) to the first Revised Presentence Investigation Report. Defendant filed objections to the Second Revised Presentence Report and a supporting brief on December 8, 2014 (Filing Nos. 79 and 80). The parties have also filed a Stipulation (Filing No. 78) and request that the court consider the Stipulation at the time of sentencing. See *(Second) Amended Order on Sentencing Schedule* (Filing No. 73) ¶ 6.[1] The Court advises the parties that these Amended Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Defendant's Objection to Presentence Investigation Report (Filing No. 79), and the Government's Objections to the Presentence Investigation Report (Filing No. 74)

---

[1] Tentative Findings were previously filed on September 24, 2014 (Filing No. 69). At a hearing held on September 29, 2014, the Court ordered that an amended sentencing schedule be issued to allow the Defendant to confer with Probation regarding his objections filed on September 18, 2014 (Filing No. 67) to the Revised Presentence Investigation Report.

will be heard at the sentencing hearing, to the extent that they were not rendered moot by the Second Revised Presentence Investigation Report;

    2.  The parties' Stipulation (Filing No. 78) will be consider at the time of sentencing;

    3.  The Court intends to adopt the PSR in all other respects;

    4.  If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

    5.  Absent submission of the information required by paragraph 4 of this Order, these tentative findings are final; and

    6.  Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 10th day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge