IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:14CR26 |
| **Plaintiff,** | )<br>)<br>) | |
| vs. | )<br>)<br>) | ORDER |
| **LARON GRAY,** | )<br>) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 97), filed under Federal Rule of Appellate Procedure 24(a). The Defendant, who was represented by retained counsel in this Court, has filed a Notice of Appeal (Filing No. 96). The motion is accompanied by a Financial Affidavit regarding the Defendant's financial status (Filing No. 98). Upon review of the motion and affidavit, the Court finds that the defendant should be allowed to proceed in forma pauperis. Therefore,

IT IS ORDERED that the Defendant's Motion to Proceed in Forma Pauperis (Filing No. 97) is granted.

DATED this 14th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge