### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR26 |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| LARON GRAY, | ) | |
| Defendant. | ) | |

For the reasons discussed in the Memorandum and Order of this date,

.

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 125, supplemented at ECF 126;

2. The Court summarily dismisses the Defendant's § 2255 motion; and

3. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 2nd day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge